Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff Sherman Gottlieb
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERMAN GOTTLIEB, Plaintiff, -against- CARNIVAL CORPORATION, Defendant. | 04-CV-4202 (ILG) (VVP) **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Zachary W. Silverman, dated March 1, 2010 and the exhibits thereto, the accompanying memorandum of law and all of the pleadings and prior proceedings had herein, plaintiff Sherman Gottlieb hereby moves this Court for an Order: (i) precluding at trial any testimony offered by witness Frederick Stein for which he lacks personal knowledge, including any testimony concerning the creation of Mr. Gottlieb's travel agency profile in March, 1999, the means by which Carnival obtained Mr. Gottlieb's fax number, and the general policies and procedures regarding the creation of agency

Profiles at Carnival in 1999; and (ii) for such other and further relief in favor of Mr. Gottlieb and against defendant as this Court deems just and proper.

Dated: New York, New York
March 1, 2010

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff Sherman Gottlieb
750 Lexington Ave.
New York, NY 10022
(212) 308-4411