Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff Sherman Gottlieb
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SHERMAN GOTTLIEB,                     :    04-CV-4202 (ILG) (VVP)
                                      :
                     Plaintiff,       :
                                      :
    -against-                         :
                                      :
CARNIVAL CORPORATION,                 :
                                      :
                     Defendant.       :
------------------------------------- X

# DECLARATION OF ZACHARY W. SILVERMAN IN SUPPORT OF SHERMAN GOTTLIEB'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF FREDERICK STEIN FOR WHICH HE LACKS PERSONAL KNOWLEDGE

I, ZACHARY W. SILVERMAN, declare under the penalty of perjury that:

1. I am an attorney duly admitted to practice in the state of New York and before the bar of this Court, and I am associated with the firm of Edwards Angell Palmer & Dodge LLP, which represents plaintiff Sherman Gottlieb. I submit this declaration in support of Mr. Gottlieb's Motion in Limine to Exclude the Testimony of Frederick Stein for Which He Lacks Personal Knowledge.

2. Annexed as **Exhibit A** is a true and correct copy of select excerpts from the deposition testimony of Frederick Stein, dated April 24, 2007.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 1, 2010

_____
ZACHARY W. SILVERMAN

# EXHIBIT A

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
     ---------------------------------x
 4   SHERMAN GOTTLIEB,
 5                  Plaintiff,
                                            04-CV-4202
 6            -against-                     (ILG)(VVP)
 7   CARNIVAL CORPORATION,
 8                  Defendant.
     ---------------------------------x
 9
10
                              April 24, 2007
11                            10:10 a.m.
12        30(b)(6) deposition of FREDERICK STEIN, taken
13   by Plaintiff, pursuant to Notice, at the offices of
14   Edwards Angell Palmer & Dodge, LLP, 750 Lexington
15   Avenue, New York, New York, before Nancy R.
16   Sullivan, a Shorthand Reporter and Notary Public.
17
18
19
20
21
22
23
     HUDSON REPORTING & VIDEO, INC.
24   124 West 30th Street, 2nd Fl.
     New York, New York 10001
25   Tel: 212-273-9911   Fax: 212-273-9915
```

Page 6

1  Stein
2  A. 1982 -- excuse me, 1986.
3  Q. And your degree was?
4  A. BSE of electrical engineering.
5  Q. Did you attend any postgraduate
6  schools?
7  A. No, I did not.
8  Q. How long have you been employed at
9  Carnival?
10  A. It will be 15 years this November.
11  Q. So when did you first start working
12  at Carnival?
13  A. November 30, 1992.
14  Q. When you started at Carnival, what
15  was your position there?
16  A. Inside sales representative.
17  Q. Now, what were your duties at the
18  time of inside sales rep?
19  A. Take calls from travel agents and
20  you work in tandem with what we call the
21  business development manager or our field sales
22  reps, and you try to assist the travel agent
23  with anything from ordering brochures to
24  resolving problems or issues that they would
25  normally call upon their outside sales rep for.

Page 7

1  Stein
2  Q. And is the outside sales rep an
3  employee of Carnival?
4  A. Yes.
5  Q. And how long did you hold the
6  position as inside sales rep?
7  A. About a year and a half.
8  Q. And so at some point in time in
9  1994, you changed positions?
10  A. That's correct.
11  Q. And do you recall what position you
12  changed to?
13  A. I initially changed to our info
14  systems department. I honestly don't recall the
15  exact title, but I was essentially working to
16  resolve cases that you would call the help desk
17  for with computer problems. And stayed there
18  for about six months.
19  Q. And at some point in 2004, you
20  changed your position at Carnival?
21  A. Right.
22  Q. And what position did you attain
23  then?
24  A. It was called marketing coordinator
25  and it was --

Page 8

1  Stein
2  MR. SALTARELLI: I'm sorry, did you
3  say 2004 or 1994.
4  MR. CIZMARIK: I said 2004, which
5  is wrong.
6  A. Yes, I heard 1994 in my head.
7  Q. So why don't we clean up this
8  record that I muddied.
9  At some point in time in 1994 then,
10  you left the info systems department and you
11  joined the marketing department?
12  A. Correct.
13  Q. What position did you have in the
14  marketing department?
15  A. Marketing coordinator.
16  Q. What were your responsibilities
17  there?
18  A. I would be responsible for running
19  reports of travel agent production, for making
20  adjustments to travel agent commission levels,
21  that's the basics.
22  Q. How long did you hold the position
23  of marketing coordinator?
24  A. I don't remember the exact timing
25  because I never actually changed positions.

Page 9

1  Stein
2  What happened is my role grew and I was given
3  additional responsibilities over time and was
4  then promoted to partnership marketing
5  supervisor, continuing to do the same duties
6  that I was doing but just adding on some
7  additional responsibilities.
8  Q. What were the additional
9  responsibilities that were added on?
10  A. Instead of just following
11  instructions to move a travel agent's commission
12  from X to Y based on what my supervisor might
13  have said, I was given the latitude to make
14  those judgments on my own and to update their
15  commissions.
16  Q. And how long did you hold the
17  position as partnership marketing supervisor?
18  A. I want to say it was about two
19  years, and then I was promoted to manager.
20  Q. What year were you promoted to
21  manager?
22  A. I don't recall exactly.
23  Q. What department were you promoted
24  to manager in?
25  A. I have been in the same department

3 (Pages 6 to 9)

Page 10

1      Stein
2  the whole time.
3      Q.  Marketing department?
4      A.  Right.
5      Q.  How, if any, did your duties change
6  when you became manager?
7      A.  My boss had taken on the overall
8  responsibility for managing the commission
9  levels of more agents than she had been
10 previously and delegated that responsibility to
11 me. I would have a section of agents that we
12 call superagents that are our top agents, and we
13 took on the role of negotiating their
14 agreements, and I was delegated most of the
15 responsibility.
16     Q.  How long did you hold the position
17 as manager?
18     A.  That was approximately two years,
19 and I was promoted to director again, staying
20 within the same department.
21     Q.  Do you recall when you were
22 promoted to director?
23     A.  I don't recall exactly, but it was
24 in the neighborhood of five to six years ago.
25     Q.  Is that the position you currently

Page 11

1      Stein
2  hold?
3      A.  Yes.
4      Q.  I understood based on interrogatory
5  responses that you are the director in the
6  department of agency compensation?
7      A.  Right.
8      Q.  Is the department of agency
9  compensation a subgroup within the department of
10 marketing?
11     A.  Yes, it is.
12     Q.  What are your duties as director of
13 department of agency compensation?
14     A.  Oversee the commission levels of
15 all of our domestic and -- well, North American
16 travel agents, U.S. and Canada and negotiate
17 their commission agreements.
18         My group is also responsible for
19 reimbursing cooperative advertising expenses
20 where we jointly do marketing with travel
21 agents. We are also responsible for maintaining
22 the travel agent database which stores the
23 travel agent's profile information, name,
24 address, phone, fax number, et cetera, et
25 cetera.

Page 12

1      Stein
2         We also track and report on the
3  performance of our travel agents in terms of
4  number of passengers or guests traveled. We
5  track the performance of Carnival's field sales
6  force and also establish their goals and monitor
7  their achievement of their goals and process
8  their incentives.
9      Q.  Does that about cover your
10 responsibilities at present?
11     A.  Yes.
12     Q.  What is the role of the department
13 of business development services?
14     A.  That is the new name for my
15 original department which was called inside
16 sales, and they worked with generally two or
17 three of our business development managers,
18 which are the name we give to our field sales
19 force, and they, in tandem with their partner,
20 call over the phone on the travel agents within
21 their respective territories. They also answer
22 incoming calls from travel agents and generally
23 work with the BDM to develop and encourage
24 additional sales from the travel agents.
25     Q.  Is that a group within the

Page 13

1      Stein
2  department of marketing?
3      A.  No, it is not.
4      Q.  What is the role of the department
5  of revenue management?
6      A.  They oversee the pricing of our
7  voyages and they are tasked with managing the
8  revenue and bringing in the highest possible
9  revenue for each voyage.
10     Q.  Now, the department of revenue
11 management was identified in Carnival's
12 interrogatory responses as a department which
13 sends faxes to travel agencies to promote
14 special rate offers. Do you agree with that?
15     A.  Yes.
16     Q.  Are there any other departments at
17 Carnival that send faxes to travel agencies to
18 promote special rate offers?
19     A.  Not to specifically promote special
20 rate offers, with the exception that on a very
21 rare occasion, business development services
22 might send a fax to promote a travel agent rate
23 where we were offering a special specifically
24 for the travel agent's use, not to sell to
25 consumers.

4 (Pages 10 to 13)

Page 42

```
 1              Stein
 2   agent asking us to make those changes.
 3        Q.   But at some point in time, the
 4   information from the Outlook program gets
 5   downloaded into the mainframe?
 6        A.   It is keyed in manually.
 7        Q.   How often is that done, the keying
 8   in, is it done on a daily basis?
 9        A.   Yes.
10        Q.   Does everybody in the agency
11   profile desk have access to the Outlook program?
12        A.   Yes.
13        Q.   How many people are in the agency
14   profile desk group?
15        A.   There are two people that is their
16   primary function.  There is the manager of
17   agency compensation who also has access and
18   ability to make changes.
19        Q.   Who is the manager?
20        A.   That's Angela Morales.
21        Q.   Who is the other individual?  You
22   said there were two people?
23        A.   Right, there is two people whose
24   main task is to make the update, there is
25   Bridget Warren and Dunia Gomez, recently
```

Page 43

```
 1              Stein
 2   married, so if that name was given before, it
 3   might be listed as Dunia Castro.  The other
 4   person is Bridgett Warren.
 5        Q.   Am I correct that Carnival
 6   conducted a search for written communications
 7   from Sherman Gottlieb regarding his request to
 8   cease faxing, and you did not locate any
 9   documents?
10        A.   That is correct.
11        Q.   Carnival is also not able to locate
12   any internal records regarding any oral
13   communications from Sherman Gottlieb regarding
14   his request to cease faxing?
15        A.   That is also correct.
16        Q.   Can you tell me in general terms
17   what Carnival did to search for any evidence of
18   written or oral requests from Sherman Gottlieb
19   to stop faxing?
20        A.   We searched through our Outlook
21   program for any written requests that had been
22   received.  Oral requests, had they been
23   received, would have been acted upon and entered
24   into the agency profile.
25        Q.   So you checked the Outlook program,
```

Page 44

```
 1              Stein
 2   and you also check the mainframe?
 3        A.   Correct.
 4        Q.   Any other places that would have
 5   been obvious places to look or are those the two
 6   main places?
 7        A.   Those are the two main places.  We
 8   obviously also conferred with each of our
 9   members of the team to make sure that they did
10   not have any recollection of any requests from
11   Mr. Gottlieb.
12        Q.   When you say members of the team,
13   who are you referring to?
14        A.   The agency profile desk.
15        Q.   And the two people that are at the
16   agency profile desk are the manager of the
17   agency profile desk -- have they been
18   continuously employed by Carnival in that
19   position since March of 2001?
20        A.   The manager has.  The other two
21   individuals have not.
22        Q.   And were there other individuals in
23   that department from actually March of 1999 to
24   the present who are no longer in that department
25   now?
```

Page 45

```
 1              Stein
 2        A.   Yes.
 3        Q.   And are they still employed by
 4   Carnival?
 5        A.   No, they are not.
 6        Q.   Do you recall their names?
 7        A.   I do.
 8        Q.   And they are?
 9        A.   Diego Ramirez, Anita Abuathareh and
10   one more name, Thea Glinton.
11        Q.   What's the last name?
12        A.   G-l-i-n-t-o-n.
13        Q.   When did Diego leave the employment
14   of Carnival?
15        A.   I don't recall the specific date.
16   I actually made a note of that in case you asked
17   it, which I can help you if you like.
18        Q.   We will leave a blank spot in the
19   record and when the witness has a chance to
20   review the transcript, he can fill it in.
21        A.   _____
22        Q.   Do you recall when Anita left the
23   employment of Carnival?
24        A.   I think the same.  I do not recall
25   the exact date.
```

Page 46

1       Stein
2    Q.  Let's leave a blank spot there as
3    well.
4    A.  _____
5    Q.  Do you recall when Thea left the
6    employment of Carnival?
7    A.  That one was more recent, it was
8    August of 2006.
9    Q.  And the two individuals at the
10   agency profile desk who are now responsible for,
11   among other things, keying in requests from
12   travel agents, when did they begin employment at
13   the agency profile desk?
14   A.  Dunia Gomez began employment
15   approximately one year ago. Bridgett Warren, I
16   would have to look up the exact date.
17   Q.  And an approximate date would be?
18   A.  Sometime after 2003.
19       MR. CIZMARIK: Why don't we leave a
20       blank spot in the record to fill in the
21       exact date.
22   A.  _____
23   Q.  Carnival has indicated that it
24   believes it was authorized by Sherman Gottlieb
25   to send faxes to him. And I would like to know

Page 47

1       Stein
2    what documents Carnival is relying on for that
3    proposition?
4       MR. SALTARELLI: Objection to the
5       form of the question.
6    A.  Mr. Gottlieb, his travel agency
7    profile was created in March of 1999 at his
8    request. At that time he gave us his fax
9    number. At that time Carnival did not require
10   any written documentation from the travel agent
11   in order to begin doing business with them.
12       As soon as his profile was entered
13   into our computer system, we would have begun
14   sending promotion faxes. Since we have no
15   objection to him ever receiving those faxes, we
16   believe that we had his consent to do so.
17   Q.  Just so I am clear, back in March
18   of 1999, it was Carnival's policy to not seek
19   affirmative consent from travel agents to send
20   promotional faxes, but rather it relied on its
21   travel agents' silence as implicit consent.
22       MR. SALTARELLI: Objection to the
23       form.
24   A.  That would be an accurate way of
25   stating it.

Page 48

1       Stein
2    Q.  Are there any documents that were
3    sent to you by Mr. Gottlieb in March of 1999
4    that would suggest that he gave consent to
5    receive faxes?
6    A.  None that we may have a record of.
7    There was a document that we would have sent him
8    on entry of his profile into our computer system
9    asking him to verify if the information was
10   correct, to notify us of any changes and also to
11   send back to us some additional documentation.
12       However, we did not have any
13   requirement to follow up and insure that we
14   received that documentation in order to continue
15   doing business with him.
16   Q.  And any of that documentation from
17   the March 1999 time period would no longer be in
18   existence pursuant to Carnival's four-year
19   document -- pursuant to Carnival's document
20   retention policy which destroys documents older
21   than four years old?
22   A.  Right. That policy was not in
23   place -- well, I would have to double-check when
24   the policy was in place. However, when the
25   lawsuit was initially filed, it was 2004, so we

Page 49

1       Stein
2    are just about five years from events, so yes,
3    the records should have been destroyed at that
4    time.
5    Q.  So going forward in time from the
6    March 1999 time period, are there any documents
7    which Carnival has in its possession which it is
8    relying on for the proposition that Sherman
9    Gottlieb authorized Carnival to send him
10   promotional faxes?
11   A.  In February of 2004, subsequent to
12   his profile having been deactivated in our
13   system due to lack of activity, he requested
14   that his profile be reactivated, and at that
15   time he signed a document that does indicate
16   that he gave us authorization to send faxes.
17   Q.  We will discuss that document in a
18   moment, but are you aware of any other documents
19   that Carnival is relying on other than that
20   February 2004 document for the proposition that
21   Sherman Gottlieb authorized Carnival to send
22   faxes to --
23   A.  No other request documents.
24       MR. CIZMARIK: I am handing the
25       witness what's been marked as Plaintiff's

13 (Pages 46 to 49)