UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------x
SHERMAN GOTTLIEB,

        Plaintiff,

  -against-

CARNIVAL CORP.,

        Defendant.
----------------------------------------------x

SCHEDULING ORDER
04 CV 4202 (ILG) (VP)

GLASSER, United States District Judge:

    On the assumption that the trial will go forward as scheduled on March 15, 2010, counsel are hereby directed to appear for a pretrial conference on March 12, 2010 at 2:00 p.m.

    SO ORDERED.

Dated:    Brooklyn, New York
          March 5, 2010

                                  S/
                                  I. Leo Glasser