EXHIBIT B

1

UNITED STATES DISTRICT COURT          ORIGINAL

EASTERN DISTRICT OF NEW YORK

------------------------------------------x

SHERMAN GOTTLIEB,

                        Plaintiff,

                                              04-CV-4202

          -against-                           (ILG)(VVP)

CARNIVAL CORPORATION,

                        Defendant.

------------------------------------------x


                              April 24, 2007

                              10:10 a.m.

          30(b)(6) deposition of FREDERICK STEIN, taken

by Plaintiff, pursuant to Notice, at the offices of

Edwards Angell Palmer & Dodge, LLP, 750 Lexington

Avenue, New York, New York, before Nancy R.

Sullivan, a Shorthand Reporter and Notary Public.


HUDSON REPORTING & VIDEO, INC.

124 West 30th Street, 2nd Fl.

New York, New York 10001

Tel: 212-273-9911   Fax: 212-273-9915

2

1

2

Appearances:

3

    EDWARDS ANGELL PALMER & DODGE, LLP
4           Attorneys for Plaintiff
            750 Lexington Avenue
5           New York, New York 10022
6    BY:   ANDRE K. CIZMARIK, ESQ.
           SUSAN GUALTIER, ESQ.
7

8

9    HUNTON & WILLIAMS
            Attorneys for Defendant
10          200 Park Avenue
            New York, New York 10166-0136
11

    BY:    JOSEPH J. SALTARELLI, ESQ.
12

13

14

15
                    oOo
16

17

18

19

20

21

22

23

24

25

7

```
1                     Stein
2          Q.    And is the outside sales rep an
3    employee of Carnival?
4          A.    Yes.
5          Q.    And how long did you hold the
6    position as inside sales rep?
7          A.    About a year and a half.
8          Q.    And so at some point in time in
9    1994, you changed positions?
10         A.    That's correct.
11         Q.    And do you recall what position you
12   changed to?
13         A.    I initially changed to our info
14   systems department.  I honestly don't recall the
15   exact title, but I was essentially working to
16   resolve cases that you would call the help desk
17   for with computer problems.  And stayed there
18   for about six months.
19         Q.    And at some point in 2004, you
20   changed your position at Carnival?
21         A.    Right.
22         Q.    And what position did you attain
23   then?
24         A.    It was called marketing coordinator
25   and it was --
```

8

1                          Stein

2              MR. SALTARELLI:  I'm sorry, did you

3         say 2004 or 1994.

4              MR. CIZMARIK:  I said 2004, which

5         is wrong.

6         A.     Yes, I heard 1994 in my head.

7         Q.     So why don't we clean up this

8    record that I muddied.

9              At some point in time in 1994 then,

10   you left the info systems department and you

11   joined the marketing department?

12        A.     Correct.

13        Q.     What position did you have in the

14   marketing department?

15        A.     Marketing coordinator.

16        Q.     What were your responsibilities

17   there?

18        A.     I would be responsible for running

19   reports of travel agent production, for making

20   adjustments to travel agent commission levels,

21   that's the basics.

22        Q.     How long did you hold the position

23   of marketing coordinator?

24        A.     I don't remember the exact timing

25   because I never actually changed positions.

9

Stein

1
2   What happened is my role grew and I was given
3   additional responsibilities over time and was
4   then promoted to partnership marketing
5   supervisor, continuing to do the same duties
6   that I was doing but just adding on some
7   additional responsibilities.
8        Q.    What were the additional
9   responsibilities that were added on?
10        A.    Instead of just following
11  instructions to move a travel agent's commission
12  from X to Y based on what my supervisor might
13  have said, I was given the latitude to make
14  those judgments on my own and to update their
15  commissions.
16        Q.    And how long did you hold the
17  position as partnership marketing supervisor?
18        A.    I want to say it was about two
19  years, and then I was promoted to manager.
20        Q.    What year were you promoted to
21  manager?
22        A.    I don't recall exactly.
23        Q.    What department were you promoted
24  to manager in?
25        A.    I have been in the same department

10

Stein

2  the whole time.

3      Q.      Marketing department?

4      A.      Right.

5      Q.      How, if any, did your duties change

6  when you became manager?

7      A.      My boss had taken on the overall

8  responsibility for managing the commission

9  levels of more agents than she had been

10  previously and delegated that responsibility to

11  me.  I would have a section of agents that we

12  call superagents that are our top agents, and we

13  took on the role of negotiating their

14  agreements, and I was delegated most of the

15  responsibility.

16      Q.      How long did you hold the position

17  as manager?

18      A.      That was approximately two years,

19  and I was promoted to director again, staying

20  within the same department.

21      Q.      Do you recall when you were

22  promoted to director?

23      A.      I don't recall exactly, but it was

24  in the neighborhood of five to six years ago.

25      Q.      Is that the position you currently

1                          Stein

2     hold?

3          A.     Yes.

4          Q.     I understood based on interrogatory

5     responses that you are the director in the

6     department of agency compensation?

7          A.     Right.

8          Q.     Is the department of agency

9     compensation a subgroup within the department of

10    marketing?

11         A.     Yes, it is.

12         Q.     What are your duties as director of

13    department of agency compensation?

14         A.     Oversee the commission levels of

15    all of our domestic and -- well, North American

16    travel agents, U.S. and Canada and negotiate

17    their commission agreements.

18              My group is also responsible for

19    reimbursing cooperative advertising expenses

20    where we jointly do marketing with travel

21    agents.  We are also responsible for maintaining

22    the travel agent database which stores the

23    travel agent's profile information, name,

24    address, phone, fax number, et cetera, et

25    cetera.

12

1                                Stein

2                  We also track and report on the

3    performance of our travel agents in terms of

4    number of passengers or guests traveled.  We

5    track the performance of Carnival's field sales

6    force and also establish their goals and monitor

7    their achievement of their goals and process

8    their incentives.

9            Q.     Does that about cover your

10   responsibilities at present?

11           A.     Yes.

12           Q.     What is the role of the department

13   of business development services?

14           A.     That is the new name for my

15   original department which was called inside

16   sales, and they worked with generally two or

17   three of our business development managers,

18   which are the name we give to our field sales

19   force, and they, in tandem with their partner,

20   call over the phone on the travel agents within

21   their respective territories.  They also answer

22   incoming calls from travel agents and generally

23   work with the BDM to develop and encourage

24   additional sales from the travel agents.

25           Q.     Is that a group within the

41

                              Stein

1

2        A.     Yes, I do.

3        Q.     Do you recall having seen it prior

4    to signing it?

5        A.     Yes, I do.

6        Q.     And to the best of your knowledge,

7    is there anything in this document which was

8    accurate when you signed it which is no longer

9    accurate?

10       A.     Not to my knowledge.

11       Q.     Take a look at interrogatory

12   response No. 9, which is on page 7 of Exhibit 5.

13            You had earlier testified that you

14   stored various information about agency

15   profiles.   Do you recall that testimony?

16       A.     Yes.

17       Q.     Is the Outlook program that is

18   referred to in response No. 9 a vehicle by which

19   Carnival stores information concerning agent's

20   profiles?

21       A.     Yes -- well, in addition, we also

22   store the agency history which shows all the

23   changes that had been made to the agency profile

24   in the mainframe.   The Outlook program is where

25   we store the requests that we receive from the

42

1                          Stein

2    agent asking us to make those changes.

3          Q.     But at some point in time, the

4    information from the Outlook program gets

5    downloaded into the mainframe?

6          A.     It is keyed in manually.

7          Q.     How often is that done, the keying

8    in, is it done on a daily basis?

9          A.     Yes.

10         Q.     Does everybody in the agency

11   profile desk have access to the Outlook program?

12         A.     Yes.

13         Q.     How many people are in the agency

14   profile desk group?

15         A.     There are two people that is their

16   primary function.  There is the manager of

17   agency compensation who also has access and

18   ability to make changes.

19         Q.     Who is the manager?

20         A.     That's Angela Morales.

21         Q.     Who is the other individual?  You

22   said there were two people?

23         A.     Right, there is two people whose

24   main task is to make the update, there is

25   Bridget Warren and Dunia Gomez, recently

1                          Stein

2    married, so if that name was given before, it

3    might be listed as Dunia Castro.   The other

4    person is Bridgett Warren.

5          Q.    Am I correct that Carnival

6    conducted a search for written communications

7    from Sherman Gottlieb regarding his request to

8    cease faxing, and you did not locate any

9    documents?

10         A.    That is correct.

11         Q.    Carnival is also not able to locate

12   any internal records regarding any oral

13   communications from Sherman Gottlieb regarding

14   his request to cease faxing?

15         A.    That is also correct.

16         Q.    Can you tell me in general terms

17   what Carnival did to search for any evidence of

18   written or oral requests from Sherman Gottlieb

19   to stop faxing?

20         A.    We searched through our Outlook

21   program for any written requests that had been

22   received.   Oral requests, had they been

23   received, would have been acted upon and entered

24   into the agency profile.

25         Q.    So you checked the Outlook program,

1                          Stein

2    and you also check the mainframe?

3           A.      Correct.

4           Q.      Any other places that would have

5    been obvious places to look or are those the two

6    main places?

7           A.      Those are the two main places.  We

8    obviously also conferred with each of our

9    members of the team to make sure that they did

10   not have any recollection of any requests from

11   Mr. Gottlieb.

12          Q.      When you say members of the team,

13   who are you referring to?

14          A.      The agency profile desk.

15          Q.      And the two people that are at the

16   agency profile desk are the manager of the

17   agency profile desk -- have they been

18   continuously employed by Carnival in that

19   position since March of 2001?

20          A.      The manager has.  The other two

21   individuals have not.

22          Q.      And were there other individuals in

23   that department from actually March of 1999 to

24   the present who are no longer in that department

25   now?

1                    Stein

2          A.     Yes.

3          Q.     And are they still employed by

4     Carnival?

5          A.     No, they are not.

6          Q.     Do you recall their names?

7          A.     I do.

8          Q.     And they are?

9          A.     Diego Ramirez, Anita Abuathareh and

10    one more name, Thea Glinton.

11         Q.     What's the last  name?

12         A.     G-l-i-n-t-o-n.

13         Q.     When did Diego leave the employment

14    of Carnival?

15         A.     I don't recall the specific date.

16    I actually made a note of that in case you asked

17    it, which I can help you if you like.

18         Q.     We will leave a blank spot in the

19    record and when the witness has a chance to

20    review the transcript, he can fill it in.

21         A.     _____

22         Q.     Do you recall when Anita left the

23    employment of Carnival?

24         A.     I think the same.  I do not recall

25    the exact date.

64

1                              Stein

2    fax number at the time the profile was created.

3         Q.    And again, you don't have any

4    written record indicating that Mr. Gottlieb

5    supplied a fax number in March 1999?

6              MR. SALTARELLI:  Objection to the

7         form.

8         A.    We don't have a written record, but

9    he gave it to us.  We wouldn't have just pulled

10   it out of the air.  It was entered into this

11   profile at the exact same instant that the rest

12   of his profile was created, so he had to have

13   given it to the reservation agent.  Had it been

14   added at a later date, there would be a history

15   entry saying that the fax number was changed

16   from nothing to that.

17             (Whereupon, document Bates stamped

18        CARN 0032 marked Plaintiff's Exhibit 9 for

19        identification, as of this date.)

20             MR. CIZMARIK:  I am handing the

21        witness what was marked as Plaintiff's

22        Exhibit 9, which is a one-page document

23        dated May 27, 2001 bearing the Bates

24        number CARN 0032.

25        Q.    Now, taking a look at page 32, is

Stein

1

2      this the type of form that would have been sent

3      to a travel agent upon inception of -- strike

4      that.

5              At the time that a travel agent

6      notifies Carnival that it wants to start selling

7      some Carnival Cruises, Carnival would send a

8      form like Exhibit 9 to the agent to capture some

9      information about the agent, correct?

10             A.      Yes.

11             Q.      This was the form that was in

12     place roughly in May of 2001?

13             A.      Correct.

14             Q.      Do you have any knowledge as to

15     whether this version of the form was in effect

16     in March of 1999 when Mr. Gottlieb started or

17     indicated to Carnival that it wanted to -- that

18     he wanted to sell some cruises?

19             A.      We were unable to locate one of

20     that 1999 year, but from my recollection of

21     looking at the forms, this is substantially

22     similar to what was around in 1999.

23             Q.      Based on your review of the records

24     in connection with this case, as well as any

25     personal knowledge you may have, how many

New York
Connecticut

Hudson Reporting & Video
1-800-310-1769

New Jersey
Pennsylvania

92

                              Stein
1
2        Q.    In connection with today's
3   deposition, other than any meeting you may have
4   had with Mr. Saltarelli or any of his
5   colleagues, did you have any meetings or
6   preparation sessions with anybody at Carnival?
7        A.    We discussed the case, but we did
8   not have a preparation session.
9        Q.    I take it that in advance of
10  today's deposition, you looked through the
11  various topics listed in the 30(b)(6)
12  depositions, which is your notice, which is
13  Exhibit 5, to familiarize yourself about the
14  topics which I might be asking you about?
15       A.    Yes.
16       Q.    Did you feel comfortable coming in
17  here today and testifying about all these
18  various topics about having to consult with any
19  other employee of Carnival in order to obtain
20  more familiarity about those topics?
21       A.    I am knowledgeable about most of
22  the topics.  There may have been a couple where
23  I needed to review data from the information
24  systems department to make certain I had the
25  full understanding.