## CIVIL CAUSE FOR JURY SELECTION AND TRIAL

BEFORE : J. GLASSER     3-16-2010     TIME: **10:00-5:00**
CV- 04-4202

TITLE:     **GOTTLIEB V. CARNIVAL CORPORATION**

PLTFFS ATTY:     **Andre K. Cizmarik   For Plaintiff Sherman Gottlieb**
    ✓ present     ___ not present

    **Anthony Viola**

    **Edwards & Angell LLP**

    ✓ present     ___ not present

DEFTS ATTY:     **Joseph J. Saltarelli For Defendant Carnival Corporation**

    ✓ present     ___ not present

    **Victor Priail**

    **Hunton & Williams, LLP**

    ✓ present     ___ not present

REPORTER: Ronald Tolkin     CLERK: Ogoro N. Francis

- CASE CALLED.
- JURY TRIAL RESUMES.
- JURY TRIAL CONT'D TO  3/17/2010  .

- PLTFF RESTS.
- DEFT RESTS.

Case was called. Trial resumed. Sworn testimony was heard from witness Frederick Stein. Trial will resume on 3/17/10 AT 10AM.