## CIVIL CAUSE FOR JURY SELECTION AND TRIAL

BEFORE : J. GLASSER        3-17-2010          TIME: 10:00-4:30
CV- 04-4202

TITLE:    **GOTTLIEB V. CARNIVAL CORPORATION**

PLTFFS ATTY:    Andre K. Cizmarik   For Plaintiff Sherman Gottlieb
                ✓ present     ___ not present

                Anthony Viola

                Edwards & Angell LLP

                ✓ present     ___ not present


DEFTS ATTY:     Joseph J. Saltarelli For Defendant Carnival Corporation
                ✓ present     ___ not present

                Victor Priail

                Hunton & Williams, LLP

                ✓ present     ___ not present


REPORTER: Ronald Tolkin              CLERK: Ogoro N. Francis

- CASE CALLED.
- JURY TRIAL RESUMES.
- PLTFF SUMMATION.
- DEFT SUMMATION
- JURY TRIAL ENDS.
- JURY CHARGED & DELIBERATIONS BEGIN.

With respect to Plaintiff's claim under the Federal Statute:
- **DEFTS VERDICT**

With respect to Plaintiff's claim under the New York Statute:
- **PLTFFS VERDICT**