COURT EXHIBIT

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 19 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SHERMAN GOTTLIEB,

       Plaintiff,

  -against-

CARNIVAL CORPORATION,

       Defendant.

--------------------------------------------------------x

VERDICT SHEET
04 CV 4202 (ILG)

1.   With respect to Plaintiff's claim under the Federal Statute, do you find:

     In favor of Plaintiff       _____

     In favor of Defendant      X

2.   With respect to Plaintiff's claim under the New York Statute, do you find:

     In favor of Plaintiff       X

     In favor of Defendant      _____

Dated:     Brooklyn, New York
           March 17 , 2010

                                         *James Caulfield*
                                         Foreperson