UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
SHERMAN GOTTLIEB,                                      :
                                                       :
                        Plaintiff,                         :
                                                       :
           - against -                                 :   04-CV-4202 (ILG) (VVP)
                                                       :
CARNIVAL CORPORATION,                                  :   **NOTICE OF MOTION**
                                                       :
                        Defendant.                         :
-------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the Declaration of Joseph J. Saltarelli, executed April 26, 2010, with exhibits, the accompanying Memorandum of Law, and all pleadings and prior proceedings had herein, Defendant Carnival Corporation ("Carnival") respectfully moves pursuant to Fed. R. Civ. P. 50(b) for judgment as a matter of law dismissing Plaintiff's claim under N.Y. General Business Law § 396-aa, and amending the Judgment entered March 29, 2010 upon the jury's verdict with respect thereto (Docket No. 112).

Dated:  New York, New York
        April 26, 2010

                                           Respectfully Submitted,

                                           HUNTON & WILLIAMS LLP

                                           By: _____
                                                  Joseph J. Saltarelli
                                                  Victor L. Prial
                                                  200 Park Avenue
                                                  New York, New York  10166
                                                  (212) 309-1000

                                             Attorneys for Carnival Corporation

TO:    Andre K. Cizmarik, Esq.
         EDWARDS ANGELL PALMER & DODGE LLP
         750 Lexington Avenue
         New York, N.Y.  10022
         (212) 308-4411

         Attorneys for Plaintiff Sherman Gottlieb

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk for the law firm of Hunton & Williams LLP, attorneys for Defendant Carnival Corporation.

On April 26, 2010, I served a true copy of the attached Notice of Motion, on counsel of record for Plaintiff, at the address listed below, via the Court's ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2010

_____
Bradford C. Mulder

TO: Andre K. Cizmarik, Esq.
Anthony J. Viola, Esq.
Edwards & Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York 10022
acizmarik@eapdlaw.com
aviola@eapdlaw.com

*Attorneys for Plaintiff Sherman Gottlieb*