Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff Sherman Gottlieb
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
  :
SHERMAN GOTTLIEB,                      :   04-CV-4202 (ILG) (VVP)
  :
            Plaintiff,                 :
  :
     -against-                         :
  :
CARNIVAL CORPORATION,                  :
  :
            Defendant.                 :
------------------------------------- X

### DECLARATION OF ANDRE K. CIZMARIK IN OPPOSITION TO DEFENDANT CARNIVAL CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW

I, Andre K. Cizmarik, declare under the penalty of perjury that:

1. I am an attorney duly admitted to the practice of law in the state of New York and before the bar of this Court, and am an associate at the firm of Edwards Angell Palmer & Dodge LLP, which represents plaintiff Sherman Gottlieb. I submit this declaration in opposition to Carnival's Motion for Judgment as a Matter of Law.

2. Annexed as **Exhibit A** is a true and correct copy of selected excerpts from the trial transcript in the above-captioned matter.

3. Annexed as **Exhibit B** is a true and correct copy of Mr. Gottlieb's trial exhibit PX 29.

4. Annexed as **Exhibit C** is a true and correct copy of defendant Carnival Corporation's trial exhibit DX A.

5.  Annexed as **Exhibit D** is a true and correct copy of Mr. Gottlieb's Proposed Verdict Sheet, filed March 1, 2010 (Docket No. 80).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 21, 2010

_____
ANDRE K. CIZMARIK