

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0136

TEL    212 • 309 • 1000
FAX    212 • 309 • 1100


JOSEPH J. SALTARELLI
DIRECT DIAL:(212) 309-1048
EMAIL: jsaltarelli@hunton.com

FILE NO: 55643.25

May 28, 2010

The Honorable I. Leo Glasser
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

> ### Re:     Gottlieb v. Carnival Corp., CV 04 4202 (ILG) (VP)

Dear Judge Glasser:

We represent defendant Carnival Corporation ("Carnival"). Pursuant to your individual rules, enclosed please find courtesy copies of Carnival's fully-briefed Motion for Judgment as a Matter of Law, pursuant to Fed. R. Civ. P. 50(b).  The motion papers consist of:

1. Carnival Corporation's Notice of Motion for Judgment as a Matter of Law, with Declaration of Joseph J. Saltarelli, with exhibits, attached;

2. Memorandum of Law in Support of Carnival Corporation's Motion for Judgment as a Matter of Law;

3. Declaration of Andre K. Cizmarik in Opposition to Defendant Carnival Corporation's Motion for Judgment as a Matter of Law, with exhibits;

4. Plaintiff Sherman Gottlieb's Memorandum of Law in Opposition to Defendant Carnival Corporation's Motion for Judgment as a Matter of Law;

5. Reply Declaration of Joseph J. Saltarelli in Support of Carnival Corporation's Motion for Judgment as a Matter of Law, with exhibit and,

6. Reply Memorandum of Law in Support of Carnival Corporation's Motion for Judgment as a Matter of Law.



The Honorable I. Leo Glasser
May 28, 2010
Page 2

Thank you for your consideration in this matter.

Respectfully,

*Joseph Saltarelli*

Joseph J. Saltarelli

cc:     Andre K. Cizmarik, Esq. (w/out encls.)